UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

| | |
|---|---|
| NEW MEXICO EDUCATIONAL RETIREMENT BOARD, NEW MEXICO PUBLIC EMPLOYEES RETIREMENT ASSOCIATION and NEW MEXICO STATE INVESTMENT COUNCIL,<br><br>Plaintiffs,<br><br>vs.<br><br>AOL TIME WARNER INC., AMERICA ONLINE, INC., TIME WARNER INC., STEPHEN M. CASE, GERALD M. LEVIN, RICHARD D. PARSONS, KENNETH J. NOVACK, ROBERT W. PITTMAN, J. MICHAEL KELLY, STEPHEN F. BOLLENBACH, WAYNE H. PACE, STEVEN RINDNER, DAVID M. COLBURN, ERIC KELLER, JOSEPH A. RIPP, BARRY M. SCHULER, PASCAL DESROCHES, JOHN P. TULI, MYER BERLOW, PAUL T. CAPPUCCIO, CITIGROUP GLOBAL MARKETS, INC., CITIGROUP INC., SALOMON SMITH BARNEY INC., MORGAN STANLEY & CO. INC. and ERNST & YOUNG LLP,<br><br>Defendants. | No. CIV-06-122 LAM<br><br>COMPLAINT FOR VIOLATIONS OF §§11, 12(a)(2) AND 15 OF THE SECURITIES ACT OF 1933, §§10(b), 14(a) AND 20(a) OF THE SECURITIES EXCHANGE ACT OF 1934, AND STATE SECURITIES AND COMMON LAW<br><br><br><br><br><br><br><br><br><br>**DEMAND FOR JURY TRIAL** |

**THE REMAINDER OF THE COMPLAINT IS TOO VOLUMINOUS TO SCAN... THE ORIGINAL COMPLAINT IS IN THE CASE FILE WHICH IS LOCATED IN:**

**THE RECORDS DEPARTMENT
U.S. DISTRICT COURT
CLERK'S OFFICE......**